■ THOMAS J. YOUNG, Plaintiff, and CHERYL A. YOUNG, Respondent, v TOPS MARKETS, INC., et al., Appellants. (Appeal No. 5.) [724 NYS2d 922] —Judgment unanimously affirmed without costs. Same Memorandum as in *Young v Tops Mkts.* ([appeal No. 4] 283 AD2d 923 [decided herewith]). (Appeal from Judgment of Supreme Court, Erie County, Glownia, J.—Damages.) Present—Pine, J. P., Wisner, Hurlbutt, Scudder and Kehoe, JJ.